**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alejandro MARTINEZ–FLORES also known as, Raul Torres–Lopez, Defendant–Appellant.**

No. 04–51390.

United States Court of Appeals, Fifth Circuit.

Decided July 12, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellee's unopposed motion to vacate appellant's sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand to the district court for resentencing is GRANTED.

IT IS FURTHER ORDERED that appellee's alternative motion to extend time to file appellee's brief for a period of fourteen (14) days after this court's denial of motion to vacate and remand is MOOT.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.